UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LINSON, | No. 2:13-cv-2054 AC P |
| Plaintiff, | |
| v. | ORDER |
| EL DORADO COUNTY SHERIFF'S DETENTION DIVISION, et al., | |
| Defendants. | |

On September 16, 2014, this court screened plaintiff's first amended complaint and dismissed it with leave to amend, although the court also determined that liberally construed for purposes of screening, the first amended complaint potentially stated a colorable claim for relief against defendant Garcia. ECF No. 10. The court granted plaintiff thirty days to amend the complaint if he wished to attempt to state claims against the dismissed defendants. Plaintiff has consented to the jurisdiction of the magistrate judge. ECF No. 4.

The order was served on plaintiff's address of record, but it was returned by the postal service as undeliverable. It appears that plaintiff has failed to comply with Local Rule 183(b), which provides that "[i]f mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without

1

1  prejudice for failure to prosecute." More than sixty-three days have passed since the court order
2  was returned by the postal service and plaintiff has failed to notify the court of a current address.
3       Accordingly, pursuant to Local Rule 183(b), IT IS HEREBY ORDERED that this action
4  is dismissed without prejudice for failure to prosecute.
5  DATE: December 22, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE